# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 20, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

156280

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellant,

v

TRACEY LEE LAWRENCE,
      Defendant-Appellee.

SC: 156280
COA: 339228
Jackson CC: 16-004958-FC

_____/

On order of the Court, the application for leave to appeal the July 26, 2017 order of the Court of Appeals is considered and, pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted. We further ORDER that trial court proceedings are stayed pending the completion of this appeal. On motion of a party or on its own motion, the Court of Appeals may modify, set aside, or place conditions on the stay if it appears that the appeal is not being vigorously prosecuted or if other appropriate grounds appear.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 20, 2017



Clerk

d0919